Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                           ) Case No.: 2:05-bk-31106-VK
                                 )
    Crosby-Simmonds, Tina        ) TRUSTEE'S NOTICE OF
                                 ) UNCLAIMED DIVIDEND
                                 ) (Bankruptcy Rule 3011)
                                 )
                                 )
                                 )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 619817 in the sum of

$3,459.82 representing the total amount of unclaimed dividend in

the above-entitled debtor's estate.  The check was not

deliverable at the address of record.  The Trustee, after due

diligence, has not been able to locate the payee.  Said sum is

paid over to you pursuant to Bankruptcy Rule 3011.  The record

reflects the name and address of the party entitled to said

unclaimed dividend to be:

    Timothy Campbell
    c/o Mark Cheung, Esquire
    98 Discovery
    Irvine, CA  90047

Date:  03/09/10                          _____
                                              NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee
Pay to: 50003800  U.S. BANKRUPTCY COURT    Check No. 619817
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|----------|-----|-------------|-------------|---------|---------------|--------------|-------|
| 0531106-VZ | 401-0 | CROSBY-SIMMONDS, TINA | | 0.00 | 3,459.82 | 0.00 | 3,459.82 |



⑈619817⑈ ⑆061100790⑈ 000000575200 ⑈